IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

---------------------------------------------- X
UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           Civil No. _____

WILLIAM SMITH,
MARIE SMITH,
      Defendants.
---------------------------------------------- X

## COMPLAINT

The United States of America, pursuant to the provisions of 26 U.S.C. § 7401, with the authorization of a delegate of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this civil action to reduce to judgment outstanding unpaid federal income tax liabilities of William and Marie Smith. For its complaint, the United States alleges as follows:

1.     This Court has jurisdiction pursuant to 28 U.S.C. section 1340 and 1345 and pursuant to 26 U.S.C. section 7402(a).

2.     Defendant William Smith resides within the jurisdiction of the Court.

3.     Defendant Marie Smith resides within the jurisdiction of the Court.

1762104.1

4. On the dates indicated below, a delegate of the Secretary of the Treasury made assessments against the defendants based upon their failure to timely file and fully pay their joint federal income tax liabilities, as follows:

| Tax Year | Assessment Date | Unpaid Assessed Balance | Interest and Penalties through 5/29/06 | Total Amount Due, as of 5/29/06 |
|---|---|---|---|---|
| 1990 | 3/31/1997 | $6,210.60 | $8,521.94 | $14,732.54 |
| 1991 | 4/14/1997 | $13,429.44 | $9,476.40 | $22,905.84 |
| 1994 | 8/12/1996 | $3,044.76 | $3,066.78 | $6,111.54 |
| 1995 | 6/17/1996 | $86.00 | $1,004.18 | $1,090.18 |
| 1999 | 5/22/2000 | $3,253.89 | $1,222.71 | $4,476.60 |
| 2000 | 10/21/2002 | $9,708.85 | $3,074.51 | $12,783.36 |
| 2001 | 2/16/2004 | $8,304.04 | $1,882.75 | $10,186.79 |
| 2002 | 2/9/2004 | $4,539.11 | $1,458.56 | $5,997.67 |
| 2003 | 5/31/2004 | $3,120.83 | $1,085.35 | $4,206.19 |
| 2004 | 5/30/2005 | $2,462.46 | $435.79 | $2,898.25 |
| | **Total** | | | **$85,388.96** |

5. On or about the dates of the assessments set forth in paragraph 4, above, a delegate of the Secretary of the Treasury of the United States of America gave notice of the assessments to, and made demand for payment of the assessments upon, William and Marie Smith.

6. Despite said notices and demands, the defendants have failed, neglected, or refused to pay the amount of their unpaid tax liabilities in full.

7. After the application of all abatements, payments and credits, and the inclusion of all interest and penalties through May 29, 2006, William and Marie Smith, jointly and severally,

1762104.1

remain indebted to the United States for the tax liabilities described above, in the total amount of $85,388.96, plus such additional amounts, including interest, which continue to accrue as provided by law.

Wherefore, the United States respectfully requests that this Court:

A.   Enter judgment in favor of the United States and against the Defendant, William Smith, in the amount of $85,388.96, plus interest according to law; and

B.   Enter judgment in favor of the United States and against the Defendant, Marie Smith, in the amount of $85,388.96, plus interest according to law; and

C.   Provide such other and further relief as the Court deems just and proper.

Respectfully submitted

KEVIN J. O'CONNOR
United States Attorney

*/s/ Wendy J. Kisch*

WENDY J. KISCH
Fed. Bar No. CT19019
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: 202-514-5238
E-mail: wendy.j.kisch@usdoj.gov